SCOT-16-0000634

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE HERBERT HOLT KAUAHI, Petitioner.

---

ORIGINAL PROCEEDING

ORDER DISMISSING REQUEST FOR RELIEF

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Herbert Holt Kauahi's request for relief, filed on February 28, 2019, and the record, it appears that this court does not have jurisdiction to provide petitioner the relief he seeks. See HRS § 602-5 (2016). Accordingly,

IT IS HEREBY ORDERED that the request for relief is dismissed.

DATED: Honolulu, Hawaiʻi, March 11, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

